UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BRETT J., )<br>)<br>        **PLAINTIFF** )<br>)<br>v. )<br>)     **CIVIL NO. 1:19-CV-270-DBH**<br>ANDREW M. SAUL, COMMISSIONER, )<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>        **DEFENDANT** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 30, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed an objection to the Recommended Decision on July 15, 2020. I **GRANT** the plaintiff's motion to file a reply memorandum. Oral argument was held via telephone on August 13, 2020.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 17TH DAY OF AUGUST, 2020**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**
